**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**REX M. MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAOUAD BOUAKKA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a political subdivision; GREGORY BLACKWELL, individually, and in his official capacity as an Officer of North Las Vegas Community Corrections Center; DOE Officers 1 through X, inclusive; and ROEs 1 through X, inclusive,<br><br>Defendants. | **CASE NO.: 2:21-cv-00601-GMN-EJY**<br><br>**STIPULTION AND ORDER TO AMEND CAPTION BY REMOVING DEFENDANT NORTH LAS VEGAS COMMUNITY CORRECTION CENTER** |

Plaintiff JAOUAD BOUAKKA ("Plaintiff") and Defendants CITY OF NORTH LAS VEGAS and GREGORY BLACKWELL ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to amend the caption of all pleadings filed to date by removing Defendant North Las Vegas Community Correction Center as a Defendant. The North Las Vegas Community Correction Center is a department within the City of North Las Vegas, not a separate entity capable of being sued. The City of North Las Vegas remains the

Page **1** of **2**

proper party in this matter. This is the parties' first request to amend the caption.

This Stipulation is made in good faith and is not intended for purposes of delay.

Dated this 20th day of September 2021.    Dated this 20th day of September 2021.

**HKM EMPLOYMENT ATTORNEYS LLP**    **H1 LAW GROUP**

*/s/ Jenny L. Foley*    */s/ Jill Garcia*
**JENNY L. FOLEY, Ph.D., Esq.**    **Eric D. Hone, Esq.**
Nevada Bar No. 9017    Nevada Bar No. 8499
1785 East Sahara Ave., Suite 300    eric@h1lawgroup.com
Las Vegas, Nevada 89104    **Jill Garcia, Esq.**
Tel: (702) 805-8340    Nevada Bar No. 7805
Fax: (702) 805-8340    jill@h1lawgroup.com
E-mail: jfoley@hkm.com    701 N. Green Valley Parkway, Suite 200
*Attorneys for Plaintiff*    Henderson, NV 89074
　　Phone 702-608-3720
　　Fax 702-703-1063
　　*Attorneys for Defendants, City of North Las Vegas and Gregory Blackwell*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2021

Page **2** of **2**