**H1 LAW GROUP**
Eric D. Hone, NV Bar No. 8499
eric@h1lawgroup.com
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax        702-703-1063

*Attorneys for Defendants City of North*
*Las Vegas and Gregory Blackwell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAOUAD BOUAKKA, an Individual, | Case No.: 2:21-cv-00601-GMN-EJY |
| Plaintiff, | |
| v. | |
| CITY OF NORTH LAS VEGAS, a political subdivision; North Las Vegas Community Correction Center; Gregory Blackwell, individually, and in his official capacity as an Officer of North Las Vegas Community Corrections Center; DOE Officers 1 through X, inclusive; and ROEs 1 through X, inclusive, | **ORDER TO EXTEND TIME TO SUBMIT STIPULATION OF DISMISSAL AND PROPOSED ORDER** |
| Defendants. | |

Plaintiff Jaouad Bouakka ("Plaintiff") and Defendants The City of North Las Vegas ("the City") and Gregory Blackwell ("Blackwell" and, together, "Defendants"), collectively referred to as the ("Parties"), by and through their respective counsel, hereby stipulate to extend the time set forth in the Minutes of Proceedings filed November 4, 2021 (ECF 18) in which to submit the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Stipulation of Dismissal and Proposed Order for a period of 14 days from the present due date of December 2, 2021 to December 16, 2021. The additional time is needed to process the settlement payment.

This Stipulation is made in good faith and is not intended for purposes of delay.

| | |
|---|---|
| Dated this 2nd day of December 2021. | Dated this 2nd day of December 2021. |
| H1 LAW GROUP | HKM EMPLOYMENT ATTORNEYS LLP |
| /s/ Jill Garcia | /s/ Jennifer Foley |
| Eric D. Hone, NV Bar No. 8499<br>eric@h1lawgroup.com<br>Jill Garcia, NV Bar No. 7805<br>jill@h1lawgroup.com<br>701 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074<br><br>*Attorneys for Defendants City of North Las Vegas and Gregory Blackwell* | Jennifer L. Foley, NV Bar No. 9017<br>jfoley@hkm.com<br>Dana Sniegocki, NV Bar No. 11715<br>dsniegocki@hkm.com<br>Rex M. Martinez, NV Bar No. 15277<br>rmartinez@hkm.com<br>1785 East Sahara, Suite 300<br>Las Vegas, NV 89104<br><br>*Attorney for Plaintiff Jaouad Bouakka* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2021

2