**H1 LAW GROUP**
Eric D. Hone, NV Bar No. 8499
eric@h1lawgroup.com
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-703-1063

*Attorneys for Defendants City of North Las Vegas and Gregory Blackwell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAOUAD BOUAKKA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, a political subdivision; North Las Vegas Community Correction Center; Gregory Blackwell, individually, and in his official capacity as an Officer of North Las Vegas Community Corrections Center; DOE Officers 1 through X, inclusive; and ROEs 1 through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00601-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   Plaintiff Jaouad Bouakka ("Plaintiff") and Defendants The City of North Las Vegas ("the City") and Gregory Blackwell ("Blackwell" and, together, "Defendants"), collectively referred to

///
///
///
///
///
///
///
///

1

as the ("Parties"), by and through their respective counsel, hereby stipulate to the dismissal of all claims in this matter with prejudice, with each party to bear its own fees and costs.

DATED this 13th day of December 2021.   DATED this 13th day of December 2021.

H1 LAW GROUP                              HKM EMPLOYMENT ATTORNEYS LLP

 */s/ Jill Garcia*                          */s/ Dana Sniegocki*
Eric D. Hone, NV Bar No. 8499             Jennifer L. Foley, NV Bar No. 9017
eric@h1lawgroup.com                       jfoley@hkm.com
Jill Garcia, NV Bar No. 7805              Dana Sniegocki, NV Bar No. 11715
jill@h1lawgroup.com                       dsniegocki@hkm.com
701 N. Green Valley Parkway, Suite 200    Rex M. Martinez, NV Bar No. 15277
Henderson, NV 89074                       rmartinez@hkm.com
                                          1785 East Sahara, Suite 300
*Attorneys for Defendants City of North   Las Vegas, NV 89104
Las Vegas and Gregory Blackwell*
                                          *Attorney for Plaintiff Jaouad Bouakka*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __16__ day of December, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Prepared and submitted by:

H1 LAW GROUP


 */s/ Jill Garcia*
Eric D. Hone, NV Bar No. 8499
eric@h1lawgroup.com
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants City of North
Las Vegas and Gregory Blackwell*